IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JABAR HALLY,

        Petitioner,                 No. CIV S-07-0889 MCE KJM P

   vs.

T. FELKER, et al.,

        Respondents.        ORDER

                               /

        Petitioner has requested an extension of time to file objections to the May 18, 2007 findings and recommendations. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Petitioner's June 4, 2007 request for an extension of time is granted; and

        2. Petitioner shall file objections to the May 18, 2007 findings and recommendations within thirty days of this order.

DATED: June 11, 2007.

_____
U.S. MAGISTRATE JUDGE

/mp
hall0889.111