IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JABAR HALLY,

        Petitioner,                  No. CIV S-07-0889 MCE KJM P

    vs.

T. FELKER,

        Respondent.         <u>ORDER</u>

_____/

        Petitioner has filed his second request for an extension of time to file objections to the May 18, 2007 findings and recommendations. Good cause appearing, the request will be granted. No further extensions of time will be granted.

        IT IS HEREBY ORDERED that:

        1. Petitioner's July 11, 2007 request for an extension of time is granted; and

        2. Petitioner is granted thirty days from the date of this order in which to file objections to the May 18, 2007 findings and recommendations. No further extensions of time will be granted.

DATED: July 26, 2007.

                                              _____
                                              U.S. MAGISTRATE JUDGE

/mp
hall0889.111sec