IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JABAR HALLY,

        Petitioner,

   v.

T. FELKER,

        Respondent.

No. 2:07-cv-00889-MCE-KJM-P

<u>ORDER</u>

      Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

      On May 18, 2007, the magistrate judge filed findings and recommendations herein which were served on petitioner and which contained notice to petitioner that any objections to the findings and recommendations were to be filed within twenty days.  Petitioner has filed objections to the findings and recommendations.

///

///

///

1

1   In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304,
2  this court has conducted a de novo review of this case.  Having carefully reviewed the entire file,
3  the court finds the findings and recommendations to be supported by the record and by proper
4  analysis.

   Accordingly, IT IS HEREBY ORDERED that:

   1.  The findings and recommendations filed May 18, 2007, are adopted in full; and

   2.  This action is dismissed without prejudice.

Dated:  August 31, 2007

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE